May 17, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

GLEN SUMNER, Appellant

NO. 14-15-00149-CV                    V.

BOARD OF ADJUSTMENTS OF CITY OF SPRING VALLEY VILLAGE,
TEXAS; THE CITY OF SPRING VALLEY VILLAGE TEXAS, AND ART
FLORES, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Board of Adjustments of City of Spring Valley Village, Texas; The City of Spring Valley Village Texas, and Art Flores, signed October 23, 2014, was heard on the transcript of the record. We have inspected the record and having concluded that the trial court did not have subject-matter jurisdiction over Sumner's takings claim or his ultra vires claim regarding possible future actions by Flores, we **VACATE** the trial court's order denying appellees' plea to the jurisdiction as moot and render judgment dismissing those claims for lack of subject-matter jurisdiction. Having overruled Sumner's issues on appeal, we **AFFIRM** the remainder of the trial court's judgment.

We order appellant, Glen Sumner, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.